Gordon & Rees LLP<br>633 West Fifth Street, 52nd Floor<br>Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT

## CENTRAL OF CALIFORNIA    JS-6

| | |
|---|---|
| SOUDABEH GHAEMI, ) | CASE NO. 14-cv-6991- ODW (AGRx) |
| ) | *Judge: Otis D. Wright, II* |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| AETNA LIFE INSURANCE ) COMPANY; THE BOEING ) COMPANY; THE BOEING ) COMPANY MASTER WELFARE ) PLAN; THE BOEING LONG TERM ) DISABILITY PLAN; and DOES 1 to ) 10, Inclusive, ) | |
| ) | Complaint filed:  9/8/2014 |
| Defendants. ) | |

The parties having stipulated that this matter has been resolved in its entirety with each side to bear its own attorney's fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:_ March 17, 2015        _____

Otis D. Wright, II
UNITED STATES DISTRICT JUDGE

-1-            14-cv-6991 ODW

[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE